UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dustin Carpenter,<br><br>*Plaintiff,*<br><br>v.<br><br>Trans Union, LLC; Experian Information Solutions, Inc. Equifax Information Services, LLC, Synchrony Bank, CareCredit, LLC<br><br>*Defendants.* | Chief Judge John R. Tunheim<br>Magistrate Judge Hildy Bowbeer<br><br>CASE NO. 0:21-cv-01938<br><br>**NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE OF EQUIFAX INFORMATION SERVICES LLC AND EXPERIAN INFORMATION SERVICES, LLC** |

**NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE OF
EQUIFAX INFORMATION SERVICES LLC AND
EXPERIAN INFORMATION SERVICES, LLC**

Plaintiff and Defendants Equifax Information Services LLC and Experian Information Services, LLC have settled all claims. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby Dismisses all claims against Defendants Equifax Information Services LLC and Experian Information Services, LLC with prejudice.

Dated: November 30, 2021         MADGETT & KLEIN, PLLC

s/ David J.S. Madgett
David J.S. Madgett (#0390494)
333 S 7th Street Suite 2450
Minneapolis, MN 55402
P: (612) 470-6529
dmadgett@madgettlaw.com

75653608v.1