**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Dustin Carpenter,<br>　　　*Plaintiff,*<br><br>v.<br><br>Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC, Synchrony Bank, CareCredit LLC,<br>　　　*Defendants.* | Case No.: 0:21-cv-01938<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Trans Union, LLC ("Trans Union") have settled all asserted claims between them. This notice applies to Equifax **ONLY**. The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two to three weeks.

Dated: January 2, 2022

　　　　　　　　　　　　　　　　　　　　　**MADGETT & KLEIN, PLLC**

　　　　　　　　　　　　　　　　　　　　　s/ David J.S. Madgett
　　　　　　　　　　　　　　　　　　　　　David J.S. Madgett (#0390494)
　　　　　　　　　　　　　　　　　　　　　333 S 7th St #2450
　　　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　　　(612) 470-6529
　　　　　　　　　　　　　　　　　　　　　dmadgett@madgettlaw.com

　　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF