# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

DUSTIN CARPENTER,                                        Civil No. 21-1938 (JRT/HB)

        Plaintiff,

   v.

                                           **ORDER FOR DISMISSAL**

TRANS UNION LLC,                                              **WITH PREJUDICE**

        Defendants.

---

David J S Madgett, **MADGETT & KLEIN, LLC,** 333 South Seventh Street, Suite 2450, Minneapolis, MN 55402, for plaintiff.

Scott Edwin Brady, **SCHUCKIT & ASSOCIATES PC,** 4545 Northwestern Drive, Zionsville, IN 46077, for defendant Trans Union LLC.

The parties filed a Stipulation of Dismissal on January 25, 2022. (ECF No. 28)

Based on a review of the file, record, and proceedings herein, **IT IS HEREBY ORDERED**

that defendant Trans Union LLC is **DISMISSED WITH PREJUDICE**, with each party bearing

its own costs, expenses, and attorneys' fees.

Dated: February 2, 2022                          \_\_\_\_s/John R. Tunheim\_\_\_\_\_
at Minneapolis, Minnesota                          JOHN R. TUNHEIM
                                             Chief Judge
                          United States District Court