UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dustin Carpenter,<br><br>    Plaintiff,<br><br>vs.<br><br>Trans Union LLC, Equifax Information Services LLC, Experian Information Services LLC, Synchrony Bank d/b/a CareCredit d/b/a CareCredit.com, CareCredit LLC,<br><br>    Defendants. | Case No: 21-cv-01938 (DWF/LIB)<br><br>**JOINT NOTICE OF SETTLEMENT** |

COMES NOW, Plaintiff Dustin Carpenter and Defendant Synchrony Bank (identified as Synchrony Bank d/b/a CareCredit d/b/a CareCredit.com, CareCredit, LLC) hereby file their Joint Notice of Settlement as follows:

1. Subject to agreement on the form and content of settlement documents, the Parties above have reached a settlement;

2. The Parties further request that they be given 60 days to finalize the settlement; and

3. The Parties further request that the Court vacate all pending deadlines in this matter.

| | |
|---|---|
| Dated: March 6, 2023 | *s/ David J.S. Madgett (with consent)*<br>David J.S. Madgett (#0390494)<br>**MINNESOTA LEGAL ASSISTANCE**<br>1161 E. Wayzata Blvd., Suite 314<br>Wayzata, MN 55391<br>Telephone: (612) 470-6529<br>dmadgett@mnlegalassistance.com<br><br>**ATTORNEY FOR PLAINTIFF** |
| Dated: March 6, 2023 | *s/ Cory D. Olson*<br>Cory D. Olson (#386941)<br>**ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**<br>3600 Wells Fargo Center<br>90 South 7th Street<br>Minneapolis, MN 55402<br>Phone: (612) 349-6969<br>Fax: (612) 349-6996<br>colson@anthonyostlund.com<br><br>**ATTORNEY FOR DEFENDANT SYNCHRONY BANK (identified as Synchrony Bank d/b/a CareCredit d/b/a CareCredit.com, CareCredit, LLC)** |