# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dustin Carpenter,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Synchrony Bank, et. al.,<br><br>　　　　　Defendants. | Judge Donovan Frank<br>Magistrate Judge Leo Brisbois<br><br>CASE NO. 0:21-cv-01938 (DFW-LIB)<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED AND AGREED** to by and between the parties hereto, by their respective attorneys, that the above-entitled action by Plaintiff against the remaining Defendants Synchrony Bank and CareCredit LLC may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

Dated: April 6, 2023

**MADGETT LAW, LLC**

/s/David Madgett
David Madgett (#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
612-470-6529
dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF

**ANTHONY OSTLUND LOUWAGIE DRESSEN & BOYLAN P.A.**

/s/ Cory D. Olson
Cory D. Olson (#386941)
3600 Wells Fargo Center
90 South Seventh Street

2

Minneapolis, MN  55402
Telephone:  (612) 349-6969
Facsimile:  (612) 349-6996
colson@anthonyostlund.com

ATTORNEYS FOR DEFENDANTS
SYNCHRONY BANK AND CARECREDIT LLC

2

00625-Carpenter