**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Dustin Carpenter, | Civil No. 21-1938 (DWF/LIB) |
| Plaintiff, | |
| v. | |
| Synchrony Bank, *doing business as* CareCredit *doing business as* CareCredit.com and CareCredit LLC, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

Based upon the Stipulation for Dismissal filed by the parties on April 6, 2023, (Doc. No. [65]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs, disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 7, 2023                        s/Donovan W. Frank
                                             DONOVAN W. FRANK
                                             United States District Judge