# UNITED STATES DISTRICT COURT

## District of Minnesota

Dustin Carpenter,

                                          **JUDGMENT IN A CIVIL CASE**

                         Plaintiff,

v.                                        Case Number: 21-cv-1938 (DWF/LIB)

Synchrony Bank, CareCredit LLC,

                         Defendants.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is **DISMISSED WITH PREJUDICE** and on the merits, without costs, disbursements, or

attorneys' fees to any party.

Date: 4/10/2023                           _____
                                          KATE M. FOGARTY, CLERK